IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

SABRINA OWENS MALONE                                                                    PLAINTIFF

VS.                                          4:05CV00950 JMM/JTR

SECURITY AIRPORT PARKING                                                              DEFENDANT

**ORDER**

The Court has determined that this case warrants the appointment of counsel (docket entry #14).  Pursuant to Local Rule 83.7, Ms. Deborah Trudy Riordan, Wilkes & McHugh, P.A. - Little Rock, 425 West Capitol Avenue, Suite 2500, Little Rock, Arkansas 72201, (501) 371-9903, driordan@wilkesmchugh.com, is hereby appointed to represent Plaintiff, Ms. Sabrina Owens Malone.

The Clerk is directed to send Ms. Riordan a copy of this order and Local Rule 83.7.  If Ms. Riordan is unable to obtain the remainder of the file from CM/ECF, she should contact Kathy McBryde, Courtroom Deputy Clerk to Magistrate Judge J. Thomas Ray at 501-604-5234 and a copy of the file, or any portion thereof, will be provided to him free of charge.

IT IS SO ORDERED, this 28th day of November, 2005.

_____
UNITED STATES MAGISTRATE JUDGE