IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SABRINA OWENS MALONE                                                            PLAINTIFF

VS.                                    4:05CV00950

SECURITY AIRPORT PARKING                                                    DEFENDANT

## JUDGMENT

Pursuant to the Order entered February 23, 2007, it is Considered, Ordered and Adjudged that this case be, and it is hereby, dismissed.

IT IS SO ORDERED this 12th day of March, 2007.

_____
James M. Moody
United States District Court